No. 81–903.   LAKEWOOD BANK & TRUST CO. *v.* ABRAMSON, TRUSTEE.   C. A. 5th Cir.   Motions of American Land Title Association, Federal National Mortgage Association, and Federal Land Bank of Texas et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 81–904.   ROCKWELL INTERNATIONAL CORP. ET AL. *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.   Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 81–929.   CHAMPLIN PETROLEUM CO. *v.* KING & KING ENTERPRISES, DBA KING GAS & OIL, ET AL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JUSTICE WHITE, dissenting.

Because the decision of the Court of Appeals for the Tenth Circuit in this case conflicts with the decision of the Court of Appeals for the Fifth Circuit in *Carpa, Inc.* v. *Ward Foods, Inc.*, 567 F. 2d 1316 (1978), I would grant the petition for certiorari.

No. 81–5454.   ANTHON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 81–5496.   WITHERSPOON *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.